725 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516–17 (4th Cir.2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n*, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Pyne is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasir Ahmad–El appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ahmad–El v. Fekete*, No. 2:12–cv–00405–RAJ–TEM (E.D.Va. July 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Nasir AHMAD–EL, Plaintiff–Appellant,**

v.

**S.J. FEKETE, Badge # 29293; C. Bryant, Badge # 19302; Badge # 19877, Defendants–Appellees.**

**No. 12–2042.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 15, 2012.

Nasir Ahmad–El, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

**Eric Emanuel TAYLOR, Plaintiff–Appellant,**

v.

**James A. CALES, Jr., Defendant–Appellee.**

**No. 12–2111.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 15, 2012.

Eric Emanuel Taylor, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.